## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHMAN, BERENBAUM &** | ) | |
| **ASSOCIATES, P.C.; CHARLES I.** | ) | |
| **RICHMAN, ESQ.; BLAKE L.** | ) | |
| **BERENBAUM, ESQ.; ELLIS COOK,** | ) | |
| **ESQ.; JEFFREY L. RUDNICK, ESQ;** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **No.  02-CV-3195** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CAROLINA CASUALTY INSURANCE** | ) | **AFFIDAVIT OF GREGORY S.** |
| **COMPANY,** | ) | **HYMAN, ESQUIRE** |
| | ) | |
| **Defendant.** | ) | |

1.    I, Gregory S. Hyman, Esquire, am an attorney at law licensed to practice in the Courts of Pennsylvania.

2.    I am familiar with the signature of Brent Rawlings.

3.    I hereby certify that the facsimile signature appearing on the Certification of Brent Rawlings in Support of Defendant's Response to Plaintiff's Motion to Remand is a true and correct facsimile signature.

_____

GREGORY S. HYMAN, ESQUIRE

Sworn and Subscribed
before me this 12th
day of June, 2002.

_____

Notary Public