IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHMAN, BEREBAUM & ASSOCIATES, P.C., et al., | : <br> : <br> : |
| Plaintiffs, | : <br> : <br> : |
| v. | : <br> : |
| CAROLINA CASUALTY INSURANCE COMPANY, et al., | :    No. 02-CV-3195 <br> : <br> : |
| Defendants. | : <br> : |

### ENTRY OF APPEARANCE

Kindly enter our appearance as additional counsel for Plaintiff, Jeffrey L. Rudnick, in the above-captioned matter. Please be advised that Walter Weir, Jr. and Weir & Partners LLP remain as co-counsel for Plaintiff, Jeffrey L. Rudnick.

 

By: Lawrence T. Hoyle, Jr., I.D. #02926
Jan Fink Call, I.D. #58238
HOYLE, MORRIS & KERR LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA  19103

(215) 981-5700

Dated:  July 22, 2002

**CERTIFICATE OF SERVICE**

I, Jan Fink Call, Esquire, do certify that on July 22, 2002, I caused to be served a true and correct copy of the foregoing Entry of Appearance, via United States mail, postage prepaid, upon the following:

Ellis Cook, Esquire
Richman & Berenbaum, P.C.
2200-02 Walnut Street
Philadelphia, PA  19103

Attorneys for Defendants Richman & Berenbaum, P.C., Charles I. Richman, Blake L. Berenbaum and Ellis Cook

Reed A. Bryan, Esquire
Law Offices of Reed A. Bryan
P.O. Box 2466
707 Southeast Third Avenue, Suite 400-A
Fort Lauderdale, FL  333303-2466

Attorneys for Defendant Reuben Klugman, individually and as Trustee for the Reuben Klugman Trust

Steven J. Polansky, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ   08002

Attorneys for Defendant Carolina Casualty Insurance Company

_____
Jan Fink Call