**CERTIFICATE OF FILING AND SERVICE**

     I hereby certify that on July 25, 2002, the original of Carolina Casualty Company's Answer to New Matter of Defendant Rudnick was hand delivered for filing to the Clerk of the U.S. District Court of the Eastern District of Pennsylvania and copies forwarded to the following interested persons via regular mail:

**NAME AND ADDRESS**

Ellis Cook, Esquire
2200 Walnut Street
Philadelphia, PA  19103

Reed A. Bryan, Esquire
P.O. Box 2466
Fort Lauderdale, FL  33303-2466

Walter Weir, Jr., Esquire
WEIR & PARTNERS, LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA  19107

Jan Fink Call, Esquire
HOYLE, MORRIS & KERR LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA  19103

Reuben Klugman, Individually and as Trustee of
 The Reuben Klugman Trust
16733 Gulf View Drive
Weston, FL  33326

Michelle M. Bracke, Esquire
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, IL  60661-2511

     I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the forgoing statements made by me are willfully false, I am subject to punishment.

_____
, Secretary

\06_A\LIAB\SZP\LLPG\466570\CCM\03008\00101