03008-00101-SJP
**Marshall, Dennehey, Warner,**
  **Coleman & Goggin**
BY: STEVEN J. POLANSKY, ESQUIRE
IDENTIFICATION NO. 34758
200 LAKE DRIVE EAST, SUITE 300
CHERRY HILL, NJ 08002
856-414-6000

**Attorney for: Defendant,**
  **Carolina Casualty Insurance Company**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHMAN, BERENBAUM & ASSOCIATES, L.L.C.; CHARLES I. RICHMAN; BLAKE L. BERENBAUM; and ELLIS COOK, <br><br> Plaintiffs <br><br> vs. <br><br> CAROLINA CASUALTY INSURANCE COMPANY; REUBEN KLUGMAN, INDIVIDUALLY AND AS TRUSTEE OF THE REUBEN KLUGMAN TRUST; and JEFFREY L. RUDNICK; <br><br> Defendants | No.   02-CV-3195 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendant, Carolina Casualty Insurance Company, in the above-captioned matter.

SPECTOR GADON & ROSEN, P.C.

By:_____
     Withdrawing Attorney

## ENTRY OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of Defendant, Carolina Casualty Insurance Company, in the above-captioned matter.

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN AND GOGGIN


        By:_____
          Steven J. Polansky, Esquire
          Attorney for Defendant,
           Carolina Casualty Insurance Company


Dated:  July   , 2002

\06_A\LIAB\SZP\SLPG\461375\CCM\03008\00101