IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHMAN, BERENBAUM & ASSOC., P.C., CHARLES I. RICHMAN, ESQ., BLAKE L. BERENBAUM, ESQ., and ELLIS COOK, ESQ. | : : : : : : | CIVIL ACTION |
| v. | : : | |
| CAROLINA CASUALTY CO., REUBEN KLUGMAN, individually and as trustee of the Reuben Klugman Trust, and Jeffrey L. RUDNICK, ESQ. | : : : : : | NO. 02-3195 |

**ORDER**

AND NOW, this ___ day of August 2002, it is hereby ORDERED that a pre-trial/settlement conference in the above-captioned matter shall be held on <u>October 7, 2002</u>, at <u>3:00 p.m.</u> in Room 17614.

BY THE COURT:

_____
JAMES T. GILES         C.J.

copies by FAX on
to