IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHMAN, BERENBAUM & ASSOCIATES, P.C., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| CAROLINA CASUALTY INS. CO., et al., | : | NO. 02-3195 |
| Defendants. | : | |

## ORDER

AND NOW, this ___ day of October 2002, it is hereby ORDERED that Defendant, Jeffrey Rudnick's, Motion to Compel Document Production is DENIED AS MOOT.

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to