```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHMAN, BERENBAUM &           :    CIVIL ACTION
ASSOCIATES, P.C., et al.,      :
                               :
         Plaintiffs,           :
                               :
      v.                       :
                               :
CAROLINA CASUALTY INS. CO.,    :    NO. 02-3195
et al.,                        :
                               :
         Defendants.           :
```

## ORDER

AND NOW, this ___ day of October 2002, it is hereby ORDERED that:

    1.  All discovery shall be completed by <u>February 28, 2003</u>.

    2.  Reports from retained experts under Rule 26(a)(2) shall be due:

        from Jeffrey Rudinick

        and Plaintiffs:        December 15, 2002

        from Defendants:       January 15, 2003

Depositions of these experts shall be completed by <u>January 30, 2003</u>. Rebuttal expert disclosures, if any, shall be made by <u>January 30, 2003</u>, with depositions of rebuttal experts by <u>February 14, 2003</u>.

    3.  A pre-trial conference shall be held on <u>March 10, 2003</u>, at <u>4:00 p.m.</u>, in <u>Room 17614</u>.

    4.  All potentially dispositive motions shall be filed not later than <u>March 14, 2003</u>.

    5.  Any response to a dispositive motion shall be filed not

later than <u>fourteen (14) days</u> after receipt of the motion.

    6.  Any reply brief shall be filed not later than <u>April 3, 2003</u>.

    7.  On or before <u>May 16, 2003</u>, plaintiff shall file a Pre-Trial Memorandum, as well as Proposed Findings of Fact and Conclusions of Law, and Memorandum of Law on disputed or unusual legal issues.

    8.  On or before <u>May 26, 2003</u>, defendants shall file a Pre-Trial Memorandum, as well as Proposed Findings of Fact and Conclusions of Law, and Memorandum of Law on disputed or unusual legal issues.

    9.  A final pretrial conference shall be held on <u>June 6, 2003</u>, at <u>3:00 p.m.</u>, in <u>Room 17614</u>.

    10.  Trial in the above-captioned matter shall commence on <u>June 16, 2003</u>, at <u>9:30 a.m.</u>, in Courtroom 17A.

BY THE COURT:

_____

JAMES T. GILES    C.J.

copies by FAX on

to