IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHMAN, BERENBAUM & ASSOCIATES, P.C., et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CAROLINA CASUALTY INS. CO., et al., | : | NO. 02-3195 |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this ___ day of February 2003, it is hereby ORDERED that Michelle M. Bracke, Esquire is admitted Pro Hac Vice as the attorney for defendant, Carolina Casualty Insurance Company.

It is further ORDERED, that Michele M. Bracke, Esquire shall:

1. Abide by the local rules for the United States District Court for the Eastern District of Pennsylvania;

2. Notify the Court immediately of any matter affecting her standing at the Bar of any other Court; and

3. Shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice before the United States District Court for the Eastern District of Pennsylvania, who shall be responsible for them and for the conduct of the case and of Michelle M. Bracke, Esquire.

BY THE COURT:

copies by FAX on
to

_____
JAMES T. GILES     C.J.