IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| RICHMAN, BERENBAUM & ASSOCIATES, P.C., et al.  :<br>:<br>V.  :<br>:<br>CAROLINA CASUALTY INSURANCE COMPANY, et al.  :<br>et al  : | No. 02-CV-3195 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
OF ALL CLAIMS ASSERTED AGAINST,
OR ASSERTED BY, DEFENDANT JEFFREY L. RUDNICK, ESQUIRE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties, plaintiffs Richman, Berenbaum & Associates, P.C., Charles L. Richman, Esquire, Blake L. Berenbaum, Esquire, and Ellis Cook, Esquire, defendant Carolina Casualty Insurance Company and defendant Jeffrey L. Rudnick, Esquire ("Rudnick"),[1] that all claims asserted against, or asserted by, defendant Rudnick are to be DISMISSED WITHOUT PREJUDICE, and the parties are to bear their owns costs with respect to such claims. This Stipulation of Dismissal is not intended to affect, and does not dismiss,

---

[1] Defendant Reuben Klugman was previously dismissed from this litigation.

the pending claims asserted amongst and between plaintiffs and defendant Carolina Casualty Company.

By: _____      By:_____
    Lawrence T. Hoyle, Esquire                    Steven J. Polansky, Esquire
    Jan Fink Call, Esquire                            Marshall, Dennehey, Warner,
    HOYLE, MORRIS & KERR LLP             Coleman and Goggin
    One Liberty Place, Suite 4900              Woodland Falls Corporate Park
    1650 Market Street                                200 Lake Drive East, Suite 300
    Philadelphia, PA 19103                      Cherry Hill, NJ 08002

    Attorneys for Defendant and Cross-Claimant    Attorneys for Defendant and
    Jeffrey L. Rudnick                               Counterclaimant Carolina Cas. Ins. Co.

      and                                                  Dated:_____

    Walter Weir, Jr., Esquire                     By:_____
    WEIR & PARTNERS LLP                     Ellis Cook, Esquire
    The Widener Building, Suite 500         Richman, Berenbaum & Associates,

    1339 Chestnut Street                              P.C.
    Philadelphia, PA 19107                      2200-02 Walnut Street
                                                         Philadelphia, PA 19103

Dated:_____                                Attorneys for Plaintiffs Richman,
                                                          Berenbaum & Associates, P.C., Charles
                                                          L. Richman, Blake L. Berenbaum and
                                                          Ellis Cook

                                                          Dated:_____


                                                          APPROVED AND SO ORDERED
                                                          BY THE COURT:



                                                          _____

Giles, J.

Case 2:02-cv-03195-JG   Document 23   Filed 03/12/2003   Page 3 of 4

3

## **CERTIFICATE OF SERVICE**

      I, Jan Fink Call, Esquire, do certify that on this ___ day of March, 2003, I caused to be served a true and correct copy of the foregoing Stipulation of Dismissal Without Prejudice of All Claims Asserted Against, or Asserted By, Defendant Jeffrey L. Rudnick, Esquire, via United States mail, postage prepaid, upon the following:

Ellis Cook, Esquire
Richman & Berenbaum, P.C.
2200-02 Walnut Street
Philadelphia, PA  19103

Attorneys for Plaintiffs Richman, Berenbaum & Associates, P.C., Charles I. Richman, Blake L. Berenbaum and Ellis Cook

Steven J. Polansky, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ  08002

Attorneys for Defendant Carolina Casualty Insurance Company

                                                                   _____
                                                                   Jan Fink Call