IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHMAN, BERENBAUM & ASSOCIATES, P.C.; CHARLES I. RICHMAN, ESQ.; BLAKE L. BERENBAUM, ESQ.; ELLIS COOK, ESQ.; JEFFREY L. RUDNICK, ESQ; | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 02-CV-3195 |
| v. | ) ) | |
| CAROLINA CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF FILING AND SERVICE**

    I hereby certify that on April 23, 2003, the original of Carolina Casualty Company's Motions to Strike the Affidavits of Reed Bryan, Esquire, Ellis Cook, Esquire, Gerald Klugman, Esquire and to strike portions of Response Memorandum that are Unsupported by any evidence (4 motions) were filed electronically for filing to the Clerk of the U.S. District Court of the Eastern District of Pennsylvania and copies forwarded to the following interested persons via regular mail:

**NAME AND ADDRESS**

Ellis Cook, Esquire
2200 Walnut Street
Philadelphia, PA  19103

Reed A. Bryan, Esquire
P.O. Box 2466
Fort Lauderdale, FL  33303-2466

Walter Weir, Jr., Esquire
WEIR & PARTNERS, LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA  19107

Jan Fink Call, Esquire
HOYLE, MORRIS & KERR LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA  19103

Reuben Klugman, Individually and as Trustee of
 The Reuben Klugman Trust
16733 Gulf View Drive
Weston, FL  33326

Michelle M. Bracke, Esquire
BOLLINGER, RUBERRY & GARVEY

500 West Madison Street, Suite 2300                    Chicago, IL  60661-2511


      I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the forgoing statements made by me are willfully false, I am subject to punishment.


                                                                         _____

                                                                        DENISE MEDINA