IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHMAN, BERENBAUM & ASSOC., P.C., CHARLES I. RICHMAN, ESQ., BLAKE L. BERENBAUM, ESQ., and ELLIS COOK, ESQ. | : : : : : : | CIVIL ACTION |
| v. | : : | |
| CAROLINA CASUALTY CO., REUBEN KLUGMAN, individually and as trustee of the Reuben Klugman Trust, and Jeffrey L. RUDNICK, ESQ. | : : : : : | NO. 02-3195 |

## ORDER

AND NOW, this ___ day of May 2003, upon consideration of Defendants Motion for Summary Judgment, and Plaintiffs' response thereto, it is hereby ORDERED that said Motion is DENIED. Material issues of fact exist, including whether the September, 1999, stipulation and settlement extinguished any and all claims subsequently asserted in the underlying action, or that plaintiffs, here, reasonably could have believed them to have been extinguished in their entirety.

BY THE COURT:

_____
JAMES T. GILES            C.J.

copies by FAX on
to