03008-00101-SJP

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
By: Steven J. Polansky, Esquire
ID No. 34758
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
(856) 414-6000
Attorney for Defendant, Carolina Casualty Insurance Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHMAN, BERENBAUM &
ASSOCIATES, L.L.C.; CHARLES I.
RICHMAN; BLAKE L. BERENBAUM;
and ELLIS COOK,

      Plaintiffs

vs.

CAROLINA CASUALTY INSURANCE
COMPANY; REUBEN KLUGMAN,
INDIVIDUALLY AND AS TRUSTEE OF
THE REUBEN KLUGMAN TRUST; and
JEFFREY L. RUDNICK;

      Defendants

No.   02-CV-3195

**STIPULATION OF DISMISSAL**

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party.

WEIR & PARTNERS, LLP

_____
Walter Weir, Jr., Esquire
Attorney for Defendant and Cross-
Claimant Jeffery L. Rudnick

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By:_____
Steven J. Polansky, Esquire
Carolina Casualty Insurance Company

| | |
|---|---|
| HOYLE, MORRIS & KERR, LLP | SAUL EWING, LLP |
| */s/ Lawrence T. Hoyle*  | */s/ Susan M. Rabbi* |
| Lawrence T. Hoyle, Jr., Esquire | Susan M. Rabbi, Esquire |
| Attorney for Defendant and Cross-claimant Jeffrey L. Rudnick | Attorney/Co-Counsel for defendant Klugman |

RICHMAN BERENBAUM & ASSOCIATES, LLC

*/s/ Ellis Cook*

Ellis Cook, Esquire
Attorney for plaintiffs Richman, Berenbaum & Associates, LLC
Charles I. Richman, Blake L. Berenbaum and Ellis Cook

Dated:

\06_A\LIAB\SZP\LLPG\619622\KYD\03008\00101