IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHMAN, BERENBAUM & ASSOCIATES, LLC, et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| CAROLINA CASUALTY INSURANCE INSURANCE CO., et al., | : : : | NO. 02-3195 |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this ___ day of April 2004, it having been reported that the parties in the above-captioned matter have reached a settlement, it is hereby ORDERED that the above action is DISMISSED WITH PREJUDICE and without costs, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court.

BY THE COURT:

_____
JAMES T. GILES    C.J.

copies by FAX on
to